# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>PATRICIO MALENO,<br><br>    Defendant. | Case No. CR S-08-0357-10 WBS<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **Patricio Maleno** Case CR S-08-0357-10 WBS from custody for the following reasons:

    ___  Release on Personal Recognizance

    ___  Bail Posted in the Sum of _____

    ___  Unsecured bond

    ___  Appearance Bond with 10% Deposit

    ___  Appearance Bond secured by Real Property

    ___  Corporate Surety Bail Bond

    **_X_**  **(Other)** **Defendant sentenced to a term of TIME SERVED**

Issued at  Sacramento, CA  on  July 27, 2009  at  *10:50 a.m.*

By _William B. Shubb_
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing